# NO. 12-16-00174-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TERRENCE K. CUBA,* *APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Appellant filed his notice of appeal in the trial court on June 17, 2016, but did not pay the filing fee. On June 21, 2016, this Court notified Appellant that the filing fee must be paid on or before July 1, 2016. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay–at the time an item is presented for filing–whatever fees are required by statute or Supreme Court order."). Appellant was warned that failure to pay the filing fee by the July 1 deadline would result in the Court's taking appropriate action, which would include dismissal of the case without further notice. *See* TEX. R. APP. P. 5, 42.3(c).

The date for paying the filing fee has passed, and Appellant has not complied with the Court's request. Because Appellant has failed, after notice, to comply with Rule 5, the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered July 12, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 12, 2016

NO. 12-16-00174-CV

**TERRENCE K. CUBA,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 007-0434-12)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*